IN THE UNITED STATES COURT OF APPEALS
FOR THE FIFTH CIRCUIT

_____

No. 96-10963
Conference Calendar

_____


EMMIT BRAGER,

                                        Petitioner-Appellant,


versus

GARY L. JOHNSON, DIRECTOR, TEXAS
DEPARTMENT OF CRIMINAL JUSTICE,
INSTITUTIONAL DIVISION,

                                        Respondent-Appellee.

- - - - - - - - - -
Appeal from the United States District Court
for the Northern District of Texas
USDC No. 3:88-CV-2570-R
- - - - - - - - - -
December 11, 1996
Before WIENER, BARKSDALE, and BENAVIDES, Circuit Judges.

PER CURIAM:*

     Emmit Brager, Texas state prisoner #311725, appeals from the
district court's denial of his request for relief pursuant to 28
U.S.C. § 1651.  Brager argues that the district court erred by
denying his requests for the appointment of counsel at his 1991
evidentiary hearing and contends that he had been entitled to
such representation pursuant to Rule 8 of the Rules Governing

_____

     * Pursuant to Local Rule 47.5, the court has determined
that this opinion should not be published and is not precedent
except under the limited circumstances set forth in Local Rule
47.5.4.

Section 2254 Cases.  We have reviewed the record and find no reversible error.  This appeal is without arguable merit and is thus frivolous.  <u>See</u> <u>Howard v. King</u>, 715 F.2d 215, 219-20 (5th Cir. 1983).  Because the appeal is frivolous, it is DISMISSED. Brager's request for a certificate of appealability is DENIED as unnecessary.  <u>See</u> 28 U.S.C. § 2253.

APPEAL DISMISSED.